United States District Court
Northern District of California

1
2
3
4 UNITED STATES DISTRICT COURT
5 NORTHERN DISTRICT OF CALIFORNIA
6
7 EUGENE SAMUEL HALL,                     Case No.  21-cv-00103-HSG
8                  Plaintiff,              **ORDER DENYING PENDING
                                          MOTIONS WITHOUT PREJUDICE
9        v.                                AND STAYING OTHER
                                          PROCEEDINGS**
10 KATHLEEN ALLISON, et al.,
                                          Re: Dkt. Nos. 23, 32
11                  Defendants.
12
13       In light of the Order of Limited Assignment entered in this case, referring to the Hon.

14 William H. Orrick the resolution of identified common issues, any pending motions to dismiss or

15 motions for summary judgment are DENIED WITHOUT PREJUDICE.

16       Judge Orrick will issue an order setting out a briefing and hearing schedule to resolve the

17 referred-issues in the miscellaneous matter, 3:22-mc-80066-WHO *In re CIM-SQ Transfer Cases*.

18       All other proceedings in this case – other than the resolution of in forma pauperis (IFP)

19 applications and initial review orders – are STAYED absent further order of the undersigned.

20       This Order terminates Docket Nos. 23 and 32.

21       **IT IS SO ORDERED.**

22 Dated:  3/14/2022

23

24 HAYWOOD S. GILLIAM, JR.
   United States District Judge

25
26
27
28