AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Northern | District of | California |

Eugene Hall

Plaintiff (s),

V.

Kathleen Allison, et al.

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 21-cv-00103-HSG

Notice is hereby given that, subject to approval by the court, __Plaintiff Eugene Hall__ substitutes
(Party (s) Name)

__Stanley R. Apps__, State Bar No. __309425__ as counsel of record in
(Name of New Attorney)

place of __Plaintiff Eugene Hall (pro se)__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

- Firm Name: Law Office of Stanley R. Apps
- Address: 4424 Bellingham Avenue
- Telephone: (310) 709-3966   Facsimile
- E-Mail (Optional): stan@appsatlaw.com

I consent to the above substitution.
Date: 3-23-22

(Signature of Party (s))

I consent to being substituted.
Date: 3-23-22

(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 3-23-22

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 3/29/2022

Haywood S. Gill, Jr.
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]